Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: 2/5/2020

UNITED STATES OF AMERICA

v.   Docket No. 00 CR 00432-2 (DC)

Edgar Ortega

On September 22, 2016, the above named was placed on Supervised Release for a period of 72 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Edgar Ortega be discharged from Supervised Release.

Respectfully submitted,

by _____
Elizabeth Cuprill
Supervisory U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Click here to enter text. and that the proceedings in the case be terminated.

Date this _____5th_____ day of _____Feb_____, 20 _20_.

_____
Honorable Denise Cote
U.S. District Judge